NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| YESUEM I. ADORNO, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | )    Case No. 2D17-1413 |
| | ) |
| STATE OF FLORIDA, | ) |
| | ) |
| Appellee. | ) |
| | ) |

Opinion filed February 2, 2018.

Appeal from the Circuit Court for
Highlands County; Catherine L. Combee,
Judge.

Howard L. Dimmig, II, Public Defender,
and Kevin Briggs, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


Affirmed.


CRENSHAW, MORRIS, and BLACK, JJ., Concur.